United States District Court
Southern District of Texas
**ENTERED**
January 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ZAIDA LUZ SILVA<br>      "Plaintiff," | § § § | |
| v. | § § | Civil Action No. 1:25-cv-00048 |
| U.S. CUSTOMS AND BORDER<br>PROTECTION,<br>      "Defendant." | § § § § | |

### ORDER

Before the Court are Plaintiff's "Complaint for a Civil Case" (Dkt. No. 1) ("Complaint"), "Defendant's Motion to Dismiss" (Dkt. No. 11) ("MTD"), and the "Magistrate Judge's Report and Recommendation" (Dkt. No. 17) ("R&R"). The R&R recommends this Court grant the MTD for lack of jurisdiction or failure to state a claim. Dkt. No. 17 at 6.

The R&R was published December 15, 2025. Dkt. No. 17. Service on Plaintiff was docketed January 12, 2026, and objections to the R&R were due January 26, 2026. No objections were filed. The Court thus reviews the R&R's conclusions for plain error. See *Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Court **ADOPTS the R&R** (Dkt. No. 17). The MTD (Dkt. No. 11) is **GRANTED** and the Complaint (Dkt. No. 1) is **DISMISSED without prejudice**. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on this 28th day of January 2026.

Rolando Olvera
United States District Judge